## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MICHAEL ESTRADA,

Case No.: 1:24-CV-01535-VMC

Plaintiff,

v.

FIVE BELOW, INC.,
a Foreign Profit Corporation,
d/b/a Five Below,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement.  The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 7th day of June, 2024.

*s/ Matthew N. Pope*
Matthew N. Pope
Georgia Bar No. 584216
**MATTHEW N. POPE, P.C.**
900 2nd Avenue
Columbus, Georgia 31902
Tel.: (706) 324-2521
matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 7, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*<u>s/ Matthew N. Pope</u>*
Matthew N. Pope
